ACCEPTED
03-15-00318-CR
7650058
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/2/2015 7:32:44 PM
JEFFREY D. KYLE
CLERK

CAUSE NUMBER 03—15—00318—CR

| | | |
|---|---|---|
| JAMAAL BRADLEY | X | IN THE COURT OF APPEALS |
| | X | |
| V. | X | THIRD COURT OF APPEALS |
| | X | |
| STATE OF TEXAS | X | STATE OF TEXAS |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/2/2015 7:32:44 PM
JEFFREY D. KYLE
Clerk

## APPELLANT'S SECOND MOTION TO EXTEND TIME FOR FILING OF APPELLANT'S BRIEF

TO THE HONORABLE COURT OF APPEALS:

COMES NOW THE APPELLANT, by and through his appointed attorney of record, Paul M. Evans, in the above entitled and numbered cause, and moves this Court, to grant the Appellant's Second Motion to Extend Time for Filing Appellant's Brief, and, in support thereof, would show the Court as follows:

I.

Appellant's Brief was due before this Court on November 2, 2015. A previous Motion to Extend Time was filed on September 17, 2015, and was granted the same date.

II.

The undersigned counsel requires more time to complete the research of the issues presented by the instant appeal and drafting of the Appellant's

Brief. Counsel would hereby respectfully request the deadline be extended to November 23, 2015. In the meantime, counsel will continue to endeavor to complete and file the Appellant's Brief at the earliest opportunity.

III.

This Motion is not made for purposes of delay, but so that justice might be served.

WHEREFORE, PREMISES CONSIDERED, the Defendant respectfully prays that this Court, upon good cause shown, grant the Appellant's Second Motion to Extend Time for Filing Appellant's Brief.

Respectfully submitted,
Law Office of Paul M. Evans
811 Nueces Street
Austin, Texas  78701
(512) 569-1418
(512) 692-8002 FAX

_/s/ Paul M. Evans_____
PAUL M. EVANS
SBN 24038885
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was delivered by facsimile unto the office of the prosecuting attorney for the State of Texas—the Travis County District Attorney, mailing address P.O. Box 1748, Austin, TX, 78767, physical address 509 W. 11th Street, Austin, TX, 78701—on this the 2nd day of November, 2015.

_/s/ Paul M. Evans_____
PAUL M. EVANS

## CERTIFICATE OF COMPLIANCE

I hereby certify that the present document contains 349 words, all contents included.

_/s/ Paul M. Evans_____
PAUL M. EVANS